

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-16,351-14

### EX PARTE ALONZO DIEGO FULLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR-12265-J IN THE 35TH DISTRICT COURT FROM BROWN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to ninety-nine years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Fuller v. State*, No. 11-03-00093-CR (Tex. App.—Eastland Oct. 13, 2005)(not designated for publication).

In his present application, Applicant raises grounds challenging his conviction. This application, however, presents a more serious question. Applicant alleges that he is actually innocent. In support of his allegations, Applicant submitted a document purporting to be a lab

report.

The trial court held a habeas hearing and has found that the document presented to this Court is fraudulent.

The writ of habeas corpus is not to be lightly or easily abused. *Sanders v. U.S.*, 373 U.S. 1 (1963); *Ex parte Carr*, 511 S.W.2d 523 (Tex. Crim. App. 1974). We find that Applicant has abused The Great Writ by submitting false evidence. We dismiss this application and based on Applicant's submission of false evidence, we find that Applicant has filed a frivolous lawsuit.

Copies of this order shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Filed: April 11, 2018
Do not publish